# CORRECTED

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1034

SPIROFLOW SYSTEMS, INC.

Plaintiff-Appellant,

v.

FLEXICON CORPORATION,

Defendant-Appellee.

W. Thad Adams, III, Adams Intellectual Property Law, P.A., of Charlotte, North Carolina, argued for plaintiff-appellant.  With him on the brief was Stephen S. Ashley, Jr.

Randolph J. Huis, Volpe and Koenig, P.C., of Philadelphia, Pennsylvania, argued for defendant-appellee.   With him on the brief were Stephen B. Schott.   Of counsel on the brief were Michael S. Connor, Lance A. Lawson, and Brian F. McMahon, Alston & Bird, LLP, of Charlotte, North Carolina.  Of counsel was John J. O'Malley, Volpe and Koenig, P.C., of Philadelphia, Pennsylvania.

Appealed from:  United States District Court for the Western District of North Carolina

Magistrate David Keesler

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1034

SPIROFLOW SYSTEMS, INC.,

Plaintiff-Appellant,

v.

FLEXICON CORPORATION,

Defendant-Appellee.

# Judgment

ON APPEAL from the    United States District Court for the Western District of North Carolina

In CASE NO(S).    3:02-CV-70.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, Circuit Judge, ARCHER, Senior Circuit Judge, and DYK, Circuit Judge).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: June 10, 2008          /s/ Jan Horbaly
                              Jan Horbaly, Clerk